U.S. DISTRICT COURT
NORTHERN DISTRICT

FILED
17 AUG 15 AM 11:22
U.S. DISTRICT
NORTHERN DISTRICT OF
CLEVELAND

TERRANCE E JONES
-VS-
Cuyahoga County Sheriff;
Cuyahoga County Jail medical Dept.

JUDGE OLIVER

MAG. JUDGE BAUGHMAN

1:17 CV 1708

To: Civil Action Law Suit
Demands Monetary
Releiff Seeking
One Million Dollars

Now comes Plaintiff Requesting monetary Releiff in the amount of one million dollars for medical malpractice, personal Injury and pain and suffering. Plaintiff states he was confined in Cuyahoga County Jail and paid medical dept. for services of getting a tooth pulled. Medical dept. pulled wrong tooth and damaged Plaintiffs Jaw, which caused the plaintiff to have a staff infection which had to be treated and caused considerable pain and suffering. Medical malpractice happened on Feb-Mar-2012 therefore at this point and time plaintiff moves this court to grant monetary Releif in the amount of one million dollars.

Respectfully Submitted,
TERRANCE E JONES
Terrance E jones

Cuyahoga County Jail
P.O BOX 5600
Cleveland, OH 44101